SEALED
UNSEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

DEC 08 2010

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § |
| --- | --- |
| | § |
| v. | § |
| | § |
| PRESTON MASCORRO | § |
| KARLOS BOUCHOT | § |
| RUDY RODRIGUEZ | § |
| MARTIN GUARDIOLA | § |
| RICKY ALEJANDRO | § |
| ISRAEL PLAZOLA | § |
| MICHAEL ORNELAS | § |
| ANTHONY TORRES | § |
| JEROME ARANDA | § |
| JOHNNY JOE GUERRA | § |
| ORLANDO GARCIA | § |
| VALERIE BOTELLO | § |
| STEVE AYALA | § |

CRIMINAL NUMBER:

16 DEC 2010

C-10-1128

THE GRAND JURY CHARGES THAT:

## INTRODUCTION

At all times relevant to this indictment:

1. The defendants PRESTON MASCORRO, KARLOS BOUCHOT, RUDY RODRIGUEZ, MARTIN GUARDIOLA, RICKY ALEJANDRO, ISRAEL PLAZOLA, MICHAEL ORNELAS, and ANTHONY TORRES, together with each other and with other persons, known and unknown to the Grand Jury, were members and associates of a criminal organization whose members and associates engaged in acts of violence, including murder, robbery, and narcotics trafficking.

2. This criminal organization, including its leadership, membership, and associates,

constituted an enterprise as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

3. The above-described enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely, acts involving murder, robbery, and narcotics trafficking in violation of Texas law and narcotics trafficking in violation of Title 21, United States Code, Sections 841 and 846.

## COUNT ONE

### Conspiracy to Murder J. S.

4. Paragraphs 1 through 3 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

5. On or about April 2010, in the Corpus Christi Division of the Southern District of Texas, for the purpose of maintaining and increasing position in Raza Unida, an enterprise engaged in racketeering activity, the defendants,

> KARLOS BOUCHOT, and
> RUDY RODRIGUEZ,

and others known and unknown to the Grand Jury, unlawfully, and knowingly conspired with each other and others known and unknown to the Grand Jury, to murder J. S., in violation of Texas Penal Code Sections 19.02 and 15.02.

In violation of Title 18, United States Code, Section 1959(a)(5).

## COUNT TWO

### Assault With a Dangerous Weapon upon M. B. and V. G.

6. Paragraphs 1 through 3 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

7. On or about March 31, 2010, in the Corpus Christi Division of the Southern District of Texas, for the purpose of maintaining and increasing position in Raza Unida, an enterprise engaged in racketeering activity, the defendant,

RICKY ALEJANDRO,

unlawfully and knowingly assaulted, and aided and abetted other persons known and unknown to the Grand Jury, to commit an assault upon M. B. and V. G. with a dangerous weapon, in violation of Texas Penal Code Section 22.02 and 7.01.

In violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

## COUNT THREE

### Assault With a Dangerous Weapon upon D. L.

8. Paragraphs 1 through 3 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

9. On or about January 12, 2010, in the Corpus Christi Division of the Southern District of Texas, for the purpose of maintaining and increasing position in Raza Unida, an enterprise engaged in racketeering activity, the defendants,

RICKY ALEJANDRO,
and ANTHONY TORRES,

3

unlawfully and knowingly assaulted, and aided and abetted other persons known and unknown to the Grand Jury, to commit an assault upon D. L. with a dangerous weapon, in violation of Texas Penal Code Section 22.02 and 7.01.

In violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

## COUNT FOUR

### Assault With a Dangerous Weapon upon R. O. and others

10. Paragraphs 1 through 3 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

11. On or about May 1, 2010 in the Corpus Christi Division of the Southern District of Texas, for the purpose of maintaining and increasing position in Raza Unida, an enterprise engaged in racketeering activity, the defendants,

> PRESTON MASCORRO,
> MARTIN GUARDIOLA,
> RICKY ALEJANDRO,
> ISRAEL PLAZOLA,
> and MICHAEL ORNELAS,

unlawfully and knowingly assaulted, and aided and abetted other persons known and unknown to the Grand Jury, to commit an assault upon R. O. and others with a dangerous weapon, in violation of Texas Penal Code Section 22.02 and 7.01.

In violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

## COUNT FIVE

12. From on or about November, 2009, to on or about May, 2010, in the Corpus Christi

4

Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

>PRESTON MASCORRO,
>KARLOS BOUCHOT,
>JEROME ARANDA,
>JOHNNY JOE GUERRA,
>ORLANDO GARCIA,
>and VALERIE BOTELLO,

did knowingly and intentionally conspire and agree together, with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved more than five hundred (500) grams of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately five and sixty-six hundredths (5.66) kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT SIX

13. On or about May 1, 2010, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

>RICKY ALEJANDRO,

did knowingly possess a firearm , that is, a Beretta, Model 92F, 9mm caliber semi-automatic pistol, serial number BER112354Z, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, an assault with a deadly weapon in violation of Title 18, United States Code, Sections 1959(a)(3) and 2. This offense involved brandishing of the firearm.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT SEVEN

14. On or about January 12, 2010, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

ANTHONY TORRES,

did knowingly possess a firearm, that is, a Beretta, Model 96 Elite II, .40 caliber pistol, serial number BER209713, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, an assault with a deadly weapon in violation of Title 18, United States Code, Sections 1959(a)(3) and 2. This offense involved discharge of the firearm.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT EIGHT

15. On or about May 13, 2010, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

STEVE AYALA,

after having been previously convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess in and affecting foreign and interstate commerce three (3) firearms, to wit:

    a Winchester, Model Marine, 12-gauge shotgun, serial number L1995833;

    a Mossberg, Model 500A, 12-gauge shotgun, serial number L683545; and,

    a Mossberg, Model 500A, 12-gauge shotgun, serial number T016353.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

JOSE ANGEL MORENO
UNITED STATES ATTORNEY

By: /s/ Mark Patterson
MARK PATTERSON
Assistant United States Attorney